

FILED
MAY 10 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| Stephen Riddick<br>5343 Canterford Lane<br>Virginia Beach, VA 23464<br><br>*Plaintiff*<br>v.<br><br>Bank of America, N.A.<br>R/A CT Corporation Systems<br>4701 Cox Rd. Ste. 301<br>Glen Allen, VA 23060<br><br>AND<br><br>Professional Foreclosure Corporation of Virginia<br>As Substitute Trustee<br>R/A John S. Burson<br>13135 Lee Jackson HWY #201<br>Fairfax, VA 22033<br><br>*Defendant* | STIPULATION<br><br>Case No: 2:12-cv-00046 |

## STIPULATION

### For a Voluntary Dismissal of Action

THIS CAUSE was for the rescission of a foreclosure sale. The Parties are negotiating a settlement, and Plaintiff is no longer seeking judgment against Bank of American, N.A. and Professional Foreclosure Corporation of Virginia. At this time, the parties ask the court to GRANT a VOLUNTARY DISMISSAL OF ACTION without prejudice. There are no fees or monies due to Plaintiff or Defendant. There have not been any prior voluntary dismissals taken in this case.

The Court hereby GRANTS this agreed upon STIPULATION FOR A VOLUNTARY DISMISSAL OF ACTION in regards to Bank of America, N.A. and Professional Foreclosure Corporation of Virginia as is a matter of right granted by Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Enter: _____
Raymond A. Jackson
United States District Judge
Judge

Date: May 9, 2012

I ask for this:

_____
Counsel for the Plaintiff
Rachel E. Wentworth, Esq. VSB #74752
Heath J. Thompson, P.C.
Counsel for Plaintiff
321 Edwin Drive
Virginia Beach, VA 23452
757-480-0060 (o)
757-257-0088 (f)
Rachel@heaththompson.com

Seen and Not Objected To:

_____
Counsel for Bank of America
Erin Q. Ashcroft, Esq. VSB# 74639
McGuireWoods LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510
757-640-3733 (o)
757-640-3971 (f)
EAscroft@mcguirewoods.com

Seen and Not Objected To:

*/s/ L. Kelly*

Counsel for Professional Foreclosure Corporation
Lindsey C. Kelly, VSB# 71314
Shapiro, Brown & Alt, LLP
236 Clearfield Ave., Suite 215
Virginia Beach, VA 23462
757-687-1654 (o)
847-493-7293 (f)
lkelly@logs.com